# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Sandra Lou SULLIVAN (1),<br>Curwin JIMERSON (2),<br><br>　　　　　　Defendants. | Case No. 24-mj-08006-LR<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony)<br><br>[APS DIVERSION<br>as to Sandra Lou SULLIVAN] |

The undersigned complainant being duly sworn states:

On or about January 2, 2024, within the Southern District of California, defendants Sandra Lou SULLIVAN and Curwin JIMERSON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Ana Laura MARTINEZ-Lopez and Concepcion CASTANEDA-Perez, had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
ABEL RODRIGUEZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 3rd day of January, 2024.

_____
HON. LUPE RODRIGUEZ JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Sandra Lou SULLIVAN (1),
Curwin JIMERSON (2).

## STATEMENT OF FACTS

This Complaint and Statement of Facts are based upon statements in the investigative report by Border Patrol Agent (BPA) J. Bourque that on January 2, 2024, Sandra Lou SULLIVAN (SULLIVAN) and Curwin JIMERSON (JIMERSON), were arrested near Calexico, California while transporting two undocumented aliens in violation of Title 8, United States Code, Section 1324.

On January 2, 2024, the Calexico Station's Anti-Smuggling Unit (ASU) were conducting surveillance in the East Desert of the Calexico Border Patrol Station's Area of Responsibility, approximately 32 miles east of Calexico, California Port of Entry. In this area, the International Boundary Fence (IBF) is approximately one-half to one mile south of Interstate-8 (I-8) and runs parallel to it. At approximately 2:50 p.m., Remote Video Surveillance System (RVSS) operators observed two suspected illegal aliens running northbound from the IBF towards I-8. BPA A. Mills, who was driving a fully marked service vehicle, was parked near the Gordon's Well overpass and observed a white hatchback, later identified as a 2023 Toyota Corolla, travel southbound over the Gordon's Well overpass. Agent Mills observed the Toyota enter the eastbound lanes of I-8 and travel eastbound.

At approximately 3:00 p.m., BPA A. Pena, who was driving an unmarked service vehicle, observed the Toyota travel slowly eastbound on I-8 and pull to the shoulder where

3

it stopped approximately one mile east of the Gordon's Well overpass. Agent Pena observed the Toyota then reverse for approximately 25 yards and before the two suspected illegal aliens reached I-8, entered the rear seat of the Toyota, and the Toyota began traveling eastbound on I-8. Agents Mills and Pena followed the Toyota for approximately two miles before they both activated the emergency lights and sirens of their service vehicles. The Toyota pulled to the shoulder and stopped.

Agents Mills and Pena approached the Toyota and identified themselves to the occupants of the vehicle as United States Border Patrol Agents. Agent Pena conducted an immigration interview with the driver of the Toyota, later identified as SULLIVAN, and determined that SULLIVAN is a United States Citizen. Agent Mills conducted an immigration interview with the front seat passenger of the Toyota, later identified as JIMERSON, and determined that he is a United States Citizen. Agent Mills conducted an immigration interview with the two rear seat passengers of the Toyota, later identified as Ana Laura MARTINEZ-Lopez and Concepcion CASTANEDA-Perez, and determined that they both were citizens of Mexico illegally present in the United States. SULLIVAN, JIMERSON, MARTINEZ and CASTANEDA were placed under arrest and were transported to the Calexico Border Patrol Station for further processing.

Material Witness MARTINEZ-Lopez stated she is a citizen of Mexico and does not possess any immigration documents that would allow her to work or reside in the United States legally. MARTINEZ stated she made arrangements to be smuggled into the United States for approximately $14,000.00. MARTINEZ stated that prior to her crossing

the IBF, the smugglers told her a white Toyota would stop to pick her up. MARTINEZ stated her destination was Santa Maria, California.

Material Witness CASTANEDA-Perez stated she is a citizen of Mexico and does not possess any immigration documents that would allow her to work or reside in the United States legally. CASTANEDA stated her friend made arrangements for her to be smuggled into the United States for approximately $10,000.00. CASTANEDA stated she was told the car that would come by and pick her up would be a white Toyota.

Material Witnesses MARTINEZ and CASTANEDA were presented with photographic line-ups and both were able to identify SULLIVAN's photo as the person who was driving the car that picked them up. Both Material Witnesses were also able to identify JIMERSON's photo as the person who was in the front seat of the car that picked them up.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Concepcion CASTANEDA Perez | Mexico |
| Ana Laura MARTINEZ Lopez | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are Material Witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.